Richard A. MCGEE, Petitioner,

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2009–3263.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2011.

Lawrence J. Fleming, Herzog Crebs, of St. Louis, MO, argued for petitioner.

Renee Gerber, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Before RADER, Chief Judge, PROST and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**